

# Fourth Court of Appeals
## San Antonio, Texas

August 2, 2017

No. 04-17-00236-CR

Kevin Leland **DAVIS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR10897
Honorable Melisa Skinner, Judge Presiding

# O R D E R

The reporter's record in this appeal was due June 9, 2017, but it was not filed. On June 14, this court notified Mary Beth Sasala that she is the court reporter responsible for timely filing the reporter's record and the record had not been filed. Our notice required Sasala to file the record no later than July 14, 2017. Sasala did not respond to our letter or file the record. Therefore, on July 19, 2017, we issued an order requiring her to file the record by July 26. Our order advised no further extensions would be granted in the absence of a motion establishing extraordinary circumstances.

On July 25, Sasala filed a motion requesting an extension until September 30, 2017 (113 days after the original deadline to file the record). The motion states the reasons she is unable to timely file the record are that she is "in court nonstop" and that she is trying to complete the record in three other cases. Our records reflect the record in one of those cases (2006CR6269, appeal number 04-17-00152-CR) has now been filed. Our records reflect Sasala has records due in the other two appeals she listed (2016CR8053, appeal number 04-00330-CR, and 2015CR3748, appeal number 04-17-00340-CR); however, those appeals were filed more recently than this one.

We **grant** Sasala's motion **in part** and we **order** the record in this appeal due **August 25,** 2017 (seventy-seven days after the original deadline). *See* TEX. R. APP. P. 35.3(c) (extension of time to file record in ordinary appeal must not exceed 30 days). No further extensions will be granted absent extraordinary circumstances. If the reporter is unable to perform all her duties

and complete the record in a timely manner, she must take whatever steps are necessary, including requesting a substitute reporter or hiring competent assistance, to file the record by the date ordered.

We further **order** the clerk of this court to serve this order on Mary Beth Sasala by certified mail, return receipt requested, and by first class United States mail. Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX. R. APP. P. 35.3(c), we also order the clerk of this court to serve a copy of this order on the trial court.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of August, 2017.

Luz Estrada
Chief Deputy Clerk